UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRANQUILITY DAWN CASTRO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C26-2575-MLP

ORDER AMENDING THE SCHEDULING ORDER

Based on Defendant's Motion to Amend the Scheduling Order, and that opposing counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 23, 2026, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including January 13, 2027, to file a reply brief.

Dated this 23rd day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge